ACCEPTED
12-15-00121-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
12/16/2015 5:32:16 PM
Pam Estes
CLERK

No.  12-15-00121-CV

IN THE COURT OF APPEALS
FOR THE TWELFTH DISTRICT OF TEXAS
TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
12/16/2015 5:32:16 PM
PAM ESTES
Clerk

**GARRY L. ROLLINS AND CARLA D. ROLLINS,**

*Appellants*

**V.**

**TEXAS COLLEGE AND MPF INVESTMENTS, LLC D/B/A "A-1 RENT ALL,"**

*Appellees*

Appeal from Cause No. 13-3353-A
In the 7th District Court of Smith County, Texas
The Honorable Kerry L. Russell, Presiding

**SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLEE MPF INVESTMENTS, LLC D/B/A "A-1 RENT ALL"**

Levon G. Hovnatanian
Texas Bar No. 10059825
*hovnatanian@mdjwlaw.com*
Todd M. Lonergan
Texas Bar No. 12513700
*lonergan@mdjwlaw.com*
MARTIN, DISIERE, JEFFERSON &
WISDOM, L.L.P.
808 Travis, 20th Floor
Houston, Texas 77002
(713) 632-1700 – Telephone
(713) 222-0101 – Facsimile

Ryan K. Geddie
Texas Bar No. 24055541
*geddie@mdjwlaw.com*
MARTIN, DISIERE, JEFFERSON &
WISDOM, L.L.P.
Tollway Plaza One
16000 N. Dallas Parkway, Suite 800
Dallas, Texas 75248
(214) 420-5500 – Telephone
(214) 420-5501 – Facsimile

**TO THE HONORABLE COURT OF APPEALS:**

Comes now one of the appellees—MPF Investments, LLC d/b/a "A-1 Rent All" (hereinafter "MPF")—and files this unopposed motion for extension of time to file its brief. MPF has requested and received one previous extension of time (of 30 days) to file its brief.

The current deadline for MPF to file its brief is Wednesday, December 16, 2015. This motion is e-filed on Wednesday, December 16, 2015, and is therefore timely filed. *See* TEX. R. APP. P. 38.6(d) ("A motion to extend the time to file a brief may be filed before or after the date a brief is due.").

The facts reasonably relied upon to explain the need for an extension of time are as follows. Levon G. Hovnatanian, MPF's lead appellate counsel, has been extremely busy with the following pressing matters:

As managing partner of his law firm, Mr. Hovnatanian has been obligated to undertake and complete pressing end-of-the-year firm administrative matters. This year's issues (as in past years) commenced during mid-to-late-November, and will continue throughout the month of December, concluding in January 2016. Additionally:

1. Mr. Hovnatanian assisted in preparing, and, on December 14, 2015, filing the brief of appellants Kindred Healthcare, Inc. and Triumph Hospital of East Houston, L.P. D/B/A Kindred Hospital of Clear Lake, in Cause No. 01-15-

00843-CV; *Kindred Healthcare, Inc. and Triumph Hospital of East Houston, L.P. D/B/A Kindred Hospital of Clear Lake v. Cristobal Morales*; in the First Court of Appeals.

2.    Mr. Hovnatanian assisted in preparing, and, on December 7, 2015, filing the reply brief of appellant State Farm (after one extension), in Cause No. 14-15-00093-CV; *State Farm Lloyds, Appellant v. Ginger Hanson, Appellee*, in the Fourteenth Court of Appeals.

3.    Mr. Hovnatanian assisted in preparing, and, on December 3, 2015, filing (after two extensions) the brief of appellee Farmers Texas County Mutual Insurance Company, in Cause No. 05-15-00678-CV; *Brenda Peterson, Individually and as Next Friend of B.Q.P., a Minor and as Administrator of the Estate of James Q. Peterson, Deceased, and Gary Peterson, Appellants v. Farmers Texas County Mutual Insurance Company, Appellee*; in the Fifth Court of Appeals.

4.    Mr. Hovnatanian assisted in preparing, and, on November 30, 2015, filing (after two extensions) the petition for review, in Cause No. 15-0805; *St. Paul Fire & Marine Insurance Company and St. Paul Surplus Lines Insurance Company, Petitioners v. Petroplex, Energy, Inc., Respondent*; in the Supreme Court of Texas.

Considering the above, appellee MPF Investments, LLC d/b/a "A-1 Rent All" respectfully requests a 30-day extension of time to Friday, January 16, 2016, to file its brief.

Respectfully submitted,

MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.


By: */s/ Levon G. Hovnatanian*
    Levon G. Hovnatanian
    Texas Bar No. 10059825
    *hovnatanian@mdjwlaw.com*
    Todd M. Lonergan
    Texas Bar No. 12513700
    *lonergan@mdjwlaw.com*
808 Travis, 20th Floor
Houston, Texas 77002
(713) 632-1700 – Telephone
(713) 222-0101 – Facsimile

Ryan K. Geddie
Texas Bar No. 24055541
*geddie@mdjwlaw.com*
Tollway Plaza One
16000 N. Dallas Parkway, Suite 800
Dallas, Texas 75248
(214) 420-5500 – Telephone
(214) 420-5501 – Facsimile

ATTORNEYS FOR APPELLEE
MPF INVESTMENTS, LLC D/B/A "A-1
RENT ALL"

3

## CERTIFICATE OF CONFERENCE

This is to certify that on December 16, 2015, the undersigned conferred with Ernesto Sigmon, counsel for Garry L. Rollins and Carla D. Rollins, and Nolan Smith, counsel for Texas College, about this motion, and both Mr. Sigmon and Mr. Smith advised that they do not oppose it.

*/s/ Levon G. Hovnatanian*
Levon G. Hovnatanian
Dated: December 16, 2015

## CERTIFICATE OF COMPLIANCE

This is to certify that this computer-generated Second Unopposed Motion for Extension of Time to File Brief of appellee MPF Investments, LLC d/b/a "A-1 Rent All" contains 430 words.

*/s/ Levon G. Hovnatanian*
Levon G. Hovnatanian
Dated: December 16, 2015

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Second Unopposed Motion for Extension of Time to File Brief of Appellee MPF Investments, LLC d/b/a "A-1 Rent All" has been forwarded to the individuals listed below, by the methods indicated, on this 16th day of December, 2015.

Ernesto D. Sigmon
WALKER SIGMON
416 West Saulnier Street
Houston, Texas 77019
*(via e-filing and e-mail at esigmon@esigmon.com)*
*(Attorney for appellants Garry L. Rollins and Carla D. Rollins)*

Trey Yarbrough
Greg Smith
Nolan Smith
YARBROUGH WILCOX GUNTER, PLLC
100 East Ferguson, Suite 1015
Tyler, Texas 75702
*(via e-filing and e-mail at Trey@yw-lawfirm.com,*
*GregS@rameyflock.com, and nolans@rameyflock.com)*
*(Attorneys for appellee Texas College)*

*/s/ Levon G. Hovnatanian*
Levon G. Hovnatanian